**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Randy Scott RADER, Defendant–Appellant.**

**No. 15–6646.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

Randy Scott Rader, Appellant Pro Se. Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Scott Rader appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Ac-

cordingly, we affirm for the reasons stated by the district court. *United States v. Rader,* No. 1:04–cr–00071–JPJ–1 (W.D.Va. filed Feb. 23, 2015, entered Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*